UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

G.A.K., a minor, by his Guardians,
PHYLLIS KINNEY, et al.,

               Plaintiffs,                                    Case No. 2:04-cv-94

v.                                                  Hon. Richard Alan Enslen

UNITED STATES OF AMERICA, et al.,

               Defendants.

_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 19, 2005, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that defendant Chippewa County War Memorial Hospital's Motion for Indemnification (Dkt. No. 67) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:               __/s/Richard Alan Enslen_____
May 13, 2005                     Richard Alan Enslen
                               United States District Judge