UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G.A.K. a Minor, By His Guardians
Phyllis Kinney and Timothy Kinney, Sr.,
Malynda Nichols and Timothy G. Kinney, II,

        Plaintiff,

v.

UNITED STATES OF AMERICAN and
CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL a Michigan corporation,
jointly and severally,
        Defendants.
_____/

Case No. 2:04-cv-94

Hon. Richard Alan Enslen

## ORDER APPOINTING GUARDIAN AD LITEM FOR G.A.K., A MINOR

Plaintiff having filed a Motion for Order Approving Settlement, Payment of Attorney Fees and Reimbursement of Costs as to Defendants, and the Court being fully aware in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Proposed Order (Dkt. No. 160) is **DENIED** as unnecessary in light of the entry of this modified order.

**IT IS FURTHER ORDERED** that Thomas J. Veum, 216 Ashmun Street, Sault Sainte Marie, Michigan 49783 is appointed provisionally as Guardian Ad Litem for minor G.A.K., and said Guardian Ad Litem shall issue and submit a report to the Court regarding the motion referred to herein.

**IT IS FURTHER ORDERED** that Thomas J. Veum shall appear before this Court on January 9, 2006 at 3:30 p.m. in order to show for the record that he is a qualified and otherwise proper Guardian Ad Litem for Minor G.A.K. and that the settlement is in the best interests of the minor and is otherwise proper.

Dated in Kalamazoo, MI:  /s/Richard Alan Enslen
December 28, 2005  Richard Alan Enslen
 Senior United States District Judge