IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| G.A.K. a Minor,<br>By His Guardians Phyllis Kinney<br>and Timothy Kinney, Sr., Malynda Nichols<br>and Timothy G. Kinney, II<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA AND<br>CHIPPEWA COUNTY WAR MEMORIAL HOSPITAL<br>a Michigan corporation, jointly and severally<br><br>Defendants. | Case No: 2:04-CV-94<br><br>The Honorable Richard Alan Enslen |

LAW OFFICES
MORTON E. SCHNEIDER & ASSOCIATES
100 WEST LONG LAKE ROAD • SUITE 122 • BLOOMFIELD HILLS, MICHIGAN 48304
PHONE: (248) 203-6664    FACSIMILE: (248) 433-4363

Morton E. Schneider (P20032)
SCHNEIDER & MCGUIRE, P.C.
Attorneys for Plaintiffs
100 West Long Lake Rd., Ste 122
Bloomfield Hills, MI 48302
(248)203-6664

Susan D. MacGregor (P41741)
KITCH, DRUTCHAS WGNER,
 DENARDIS & VALITUTTI
Attorneys for Defendant Hospital
220 W. Washington Street, Suite 500
Marquette, MI 49855
(906) 228-0001

J. Joseph Rossi (P53941)
Assistant United States Attorney
U.S. Department of Justice
United States Attorney's Office
Post Office Box 208
Grand Rapids, Michigan 49501-0208
616-456-2404

Ralph F. Valitutti, Jr., Esq.
KITCH DRUTCHAS WAGNER,
DENARDIS & VALITUTTI
Attorneys for Defendant Hospital
10 S. Main Street, Suite 307
Mt. Clemens, MI 48043

**ORDER APPROVING SETTLEMENT
AND PAYMENT OF ATTORNEY FEES AS TO DEFENDANT
CHIPPEWA COUNTY WAR MEMORIAL HOSPITAL**

At a session of said Court, held in the
United States District Court for the
Western District of Michigan:

ON: January 9, 2006

PRESENT: _____
                    JUDGE

1

Plaintiffs in this matter having agreed to settlement with Defendant Chippewa County War Memorial Hospital in the amount of $25,000.00;

IT IS HEREBY ORDERED that said settlement and payment of attorney fees to SCHNEIDER & McGUIRE, P.C. in the amount of $6,250.00 is approved.

Dated: January 9, 2006

_____
Judge

APPROVED AS TO FORM AND CONTENT:

_____
Susan MacGregor (P41741)
Attorney for Chippewa County War Mem. Hosp.

_____
Morton E. Schneider (P20032)
Attorney for Plaintiffs

LAW OFFICES
MORTON E. SCHNEIDER & ASSOCIATES
100 WEST LONG LAKE ROAD • SUITE 122 • BLOOMFIELD HILLS, MICHIGAN 48304
PHONE: (248) 203-6664   FACSIMILE: (248) 433-4363